IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT FELTS, et al. | ) |
| | ) |
| v. | ) NO. 3-14-1178 |
| | ) JUDGE CAMPBELL |
| AKEBONO BRAKE CORP., | ) |
| et al. | ) |

ORDER

Pending before the Court are Defendant Akebono Brake Corporation's Motion for Voluntary Remand (Docket No. 6) and Defendant Clarksville Industrial Holdings, LLC's Motion to Stay Proceedings (Docket No. 7). No Response has been filed to either Motion.

Defendant Akebono Brake Corporation asserts that, because complete diversity does not exist in this matter, the case should be remanded to state court. Accordingly, this Court does not have jurisdiction, and the case should be remanded.

Therefore, Defendant Akebono Brake Corporation's Motion for Voluntary Remand (Docket No. 6) is GRANTED, and this action is REMANDED to the Circuit Court for Montgomery County, Tennessee. The Court makes no ruling on Defendant Clarksville Industrial Holdings, LLC's Motion to Stay Proceedings (Docket No. 7).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE